OPINION — AG — ** TAG AGENT — LEASEBACK — NEPOTISM ** (1) SINCE MOTOR LICENSE AGENTS STAND IN A RELATIONSHIP OF TRUST AND CONFIDENCE TO THE PUBLIC THEY SERVE, THEIR OBLIGATIONS ARE FIDUCIARY IN NATURE. (2) ALL TRANSACTIONS FOR ACQUIRING PROPERTY FOR USE IN THE TAG AGENCY MUST BE MADE ONLY AFTER CLOSE SCRUTINY BY THE TAX COMMISSION IN ACCORDANCE WITH 47 O.S. 22.30 [47-22.30](N), INCLUDING THE PROVISION FOR PUBLIC INSPECTION. (3) THE NEPOTISM LAW, 21 O.S. 481 [21-481] AND 21 O.S. 482 [21-482] PROHIBIT THE APPOINTMENT OR PAYMENT AS MOTOR LICENSE AGENTS OF ANY THIRD DEGREE RELATIVE OF MEMBERS OF THE TAX COMMISSION. (NEPOTISM, LEASE PROPERTY LEASE PROPERTY BACK TO THEMSELVES, CONFLICT OF INTEREST PERSONAL PROPERTY, CENTRAL PURCHASING, BID) CITE: 47 O.S. 22.30 [47-22.30](N), 47 O.S. 22.22 [47-22.22], 47 O.S. 22.21 [47-22.21], 47 O.S. 22.30 [47-22.30](L), 47 O.S. 22.30 [47-22.30](H), 47 O.S. 22.30 [47-22.30](N), 21 O.S. 487 [21-487] (STEPHEN F. SHANBOUR)